








```
JAH    5/15/06    8:06
3:06-CV-00253    VERUS GLOBAL FUND V. EXAIR COMMUNICATIONS
*7*
*NTCCSDISM.*
```

ORIGINAL

FILED
2006 MAY 12 PM 3:18
SOUTHERN DIST... CALIFO...
BY_____ DEPUTY

William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, Suite 400
San Diego, CA 92101

Tel:     (619) 221-4400
Fax:     (619) 224-3974
E-mail:  wm@maldonadomarkham.com

Attorneys for Plaintiff, VERUS GLOBAL FUND.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERUS GLOBAL FUND, | Case No. '06 CV0253 IEG (POR) |
| Plaintiff, | |
| Vs. | PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE |
| EXAIR COMMUNICATIONS CORPORATION, | |
| Defendant. | |

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE      ENTERED ON 5/15/06

PLEASE TAKE NOTICE that Plaintiff, Verus Global Fund, hereby dismisses with prejudice its entire complaint (its First Amended Complaint) and the entire civil action that it has brought against Defendant, eXair Communications Corporation, which has not yet appeared in this case.

PLEASE TAKE FURTHER NOTICE that Plaintiff makes this dismissal under Rule 41 (a) (1) of the Federal Rules of Civil Procedure.

DATED: May 10, 2006                    Respectfully submitted,

MALDONADO & MARKHAM, LLP

By:  _____
William A. Markham,
Attorneys for Plaintiff, VERUS GLOBAL FUND.

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE                          2



William A. Markham, State Bar No. 132970
MALDONADO & MARKHAM, LLP
402 West Broadway, Suite 400
San Diego, CA 92101

Tel:     (619) 221-4400
Fax:     (619) 224-3974
E-mail:  wm@maldonadomarkham.com

Attorneys for Plaintiff, VERUS GLOBAL FUND.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERUS GLOBAL FUND, <br><br> Plaintiff, <br><br> Vs. <br><br> EXAIR COMMUNICATIONS CORPORATION, <br><br> Defendant. | Case No. '06 CV0253 IEG (POR) <br><br> PROOF OF SERVICE |

PROOF OF SERVICE

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 402 West Broadway, Suite 400, San Diego, CA 92101.

On the date indicated below, I served the following document(s), which is (are) described as follows:

**— PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

on the parties or attorneys for parties in this action addressed as follows. (If more than one means of service is checked, the means of service used for each party is indicated.)

Matthew A. Becker, Esq.                    Fax No. (619) 522-6763
THE LAW OFFICE OF MATTHEW A. BECKER
1003 Isabella Avenue,
Coronado, CA 92118

\_\_\_\_\_  **BY PERSONAL SERVICE.** I caused a true and correct copy of the aforementioned document to be personally served by giving same to a representative of _____, for same day service. A completed PROOF OF HAND DELIVERY (CCP §§1011, 2015.5) is to be returned to this office for filing with the Court as required.

xx  **BY FACSIMILE TRANSMISSION.** I caused a true and correct copy of the aforementioned document to be transmitted to each of the parties at the facsimile machine number last given by said party on any document which he or she has filed in this action and served upon this office.

Date of facsimile transmission: May 11, 2006. Time: _____. Originating facsimile machine number (619) 224-3974. A true and correct copy of the transmission report is attached to this proof of service confirming that the fax has been sent without error. (Cal. Rules of Court 2008(e)).

xx  **BY MAIL.** I placed a true and correct copy of the aforementioned document in a sealed envelope individually addressed to each of the parties and caused each such envelope to be deposited with the U.S. Postal Service and/or picked up by an authorized representative, on that same day with fees fully prepaid at San Diego, California, in the ordinary course of business.

\_\_\_\_\_  **BY OVERNIGHT DELIVERY.** I placed a true and correct copy of the aforementioned document in a sealed envelope or package designated by UPS OVERNIGHT EXPRESS, individually addressed to each of the parties and caused each such envelope/package to be deposited and/or picked up by an authorized representative, on that same day with fees fully prepaid at San Diego, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Diego, California on May 11, 2006.

Alea Reyna